UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Hector Galaraza<br><br>Defendant(s) | CRIMINAL NO. 08CR2247-H<br>08MJ1935<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Jose Chable-Baas
aka: Rigoberto Canul-Reyes

DATED: 07-08-08

William McCurine Jr.
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
             Deputy Clerk