# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
    Plaintiff )
     )
vs. )
     )
Hector Galaraza )
    Defendant(s) )
_____ )

08 CR 2247-H

CRIMINAL NO. 08 MJ 1935

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court)

Jorge Quintal-Pech

DATED: 07-08-08

William McCurine Jr.
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _Maren Huebel_
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082