FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2247-H |
| --- | --- |
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| HECTOR GALARZA (1), | ) (v)(II) - Transportation of |
| HUGO DANIEL GARCIA (2), | ) Illegal Aliens and Aiding and |
| ADAM JESUS JIMENEZ (3), | ) Abetting |
| Defendants. | ) |

The United States Attorney charges:

On or about June 20, 2008, within the Southern District of California, defendants HECTOR GALARZA, HUGO DANIEL GARCIA and ADAM JESUS JIMENEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Quintal-Pech, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 7/8/08 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
7/7/08